

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

M. Neil Cummings, Appellant

No. 06-13-00087-CV          v.

Cleo Patricia Shelby, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 13C0842-102). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley, participating.

 

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, M. Neil Cummings, pay all costs of this appeal.

RENDERED OCTOBER 9, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk